IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

ROBERT DOUGLAS HAZEN and
EARL THOMAS COMBS,

       Defendants.

_____/

No. C 05-00197 CW

ORDER FOR PRETRIAL
PREPARATION FOR
CRIMINAL
JURY TRIAL

· Good cause appearing, it is hereby ordered that:

  1.  TRIAL DATE

     a.  Jury trial will begin on **January 23, 2006, at 8:30 A.M.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

     b.  The length of trial will be not more than 8 days.

  2.  DISCOVERY

    Both sides will comply with the Federal Rules of Criminal Procedure, Crim. L.R. 16-1, and the United States will comply with Brady v. Maryland, 373 U.S. 83 (1963) and United States v. Agurs 427 U.S. 97 (1976).

  3.  MOTIONS

    Pretrial motions may be noticed for any available Monday before December 19, 2005.

4.  <u>PRETRIAL CONFERENCE</u>

a.  A pretrial conference will be held on Monday, **December 19, 2005 at 2:30 P.M.**, in Courtroom 2.  It shall be attended by the attorneys who will try the case.

b.  **Not less than one week prior to the pretrial conference,** counsel shall comply with Crim. L.R. 17-1(b).

c.  Jury instructions §1.1 through §1.12, §3.1 through §3.10 and §7.1 through §7.6 from the <u>Manual of Model Jury Instructions for the Ninth Circuit</u> (2000) will be given absent objection.  Counsel shall jointly submit one set of additional proposed jury instructions, ordered in a logical sequence, together with a table of contents, using the Ninth Circuit Manual where possible, or Devitt and Blackmar or CALJIC, **not less than one week prior to the pretrial conference.** Any instructions on which counsel cannot agree shall be marked as "disputed," and shall be included within the jointly submitted instructions and accompanying table of contents, in the place where the party proposing the instruction believes it should be given. Argument and authority for and against each disputed instruction shall be included as part of the joint submission, on separate sheets directly following the disputed instruction.  Counsel for the United States shall submit a verdict form.  The attached voir dire will be given to the venire members.  Counsel should submit an agreed upon set of additional requested voir dire questions to be posed by the Court. Any voir dire questions on which counsel cannot agree shall be submitted separately.  Counsel will be allowed brief follow-up voir dire after the Court's questioning.  Any motions <u>in limine</u> should be noticed for hearing at the pretrial conference in accordance with Criminal Local Rule 47-2.

1    5.    <u>JURY SELECTION</u>

2         The Jury Commissioner will summon 35 to 40 prospective

3    jurors.  The Courtroom Deputy will select their names at random and

4    seat them in the courtroom in the order in which their names are

5    called.

6         Voir dire will be asked of sufficient venire persons so that

7    twelve (plus a sufficient number for alternates) will remain after all

8    peremptory challenges and an anticipated number of hardship dismissals

9    and cause challenges have been made.

10        The Court will then take cause challenges, and discuss hardship

11   claims from the individual jurors, outside the presence of the venire.

12   The Court will inform the attorneys which hardship claims and cause

13   challenges will be granted, but will not announce those dismissals

14   until the process is completed.  Peremptory challenges will be made

15   in writing and passed between counsel in accordance with Crim. L.R.

16   24-2 and 24-3.  The Court will strike the persons with meritorious

17   hardships, those excused for cause, and those challenged peremptorily,

18   and call the first twelve people (plus alternates) in numerical

19   sequence remaining.  Those people will be the jury.

20

21   Dated:  **SEP 2 0 2005**

22                                    CLAUDIA WILKEN
                                      United States District Judge

23

24

25

26

27

28

1

JUROR QUESTIONNAIRE

2

3 Please fill out this form as completely as possible and print clearly.
Since we want to make copies for the attorneys and the Court, do not
write on the back of any page.  If you need more room, continue at the
4 bottom of the page.  Thank you for your cooperation.

5

1.   Your name: _____
6
2.   Your age: _____
7
3.   The City where you live:_____
8

_____
9
4.   Your place of birth: _____
10
5.   Do you rent or own your own home? _____
11
6.   Your marital status: (circle one)
12
     single    married    separated    divorced    widowed
13
7.   What is your occupation, and how long have you worked in
14   it?  (If you are retired, please describe your main
     occupation when you were working).
15

_____
16

_____
17
8.   Who is (or was) your employer?
18

_____
19
9.   How long have you worked for this employer? _____
20
10.  Please list the occupations of any adults with whom you
21   live.

22

_____
23
11.  If you have children, please list their ages and sex and,
     if they are employed, please give their occupations.
24

25 _____

26 _____

27 _____

28 _____

12.   Please describe your educational background:

      Highest grade completed: _____

      College and/or vocational schools you have attended:

_____

_____

_____

_____

      Major areas of study:_____

13.   Have you ever served on a jury? _____  No. of

      times?_____

      If yes:  State/County Court _____  Federal Court _____

      When? _____

      Was it a civil or criminal case? _____

_____

_____

      Did any of the juries reach a verdict? _____

(Rev. 3/03)

| Plaintiff's Exhibit Markers | Defendant's Exhibit Markers |
|---|---|

π PLAINTIFF

**United States District Court**
**Northern District of California**

Case No. _____

Case Title _____

Exhibit No. _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

◄ DEFENDANT

**United States District Court**
**Northern District of California**

Case No. _____

Case Title _____

Exhibit No. _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

π PLAINTIFF

**United States District Court**
**Northern District of California**

Case No. _____

Case Title _____

Exhibit No. _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

◄ DEFENDANT

**United States District Court**
**Northern District of California**

Case No. _____

Case Title _____

Exhibit No. _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

π PLAINTIFF

**United States District Court**
**Northern District of California**

Case No. _____

Case Title _____

Exhibit No. _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

◄ DEFENDANT

**United States District Court**
**Northern District of California**

Case No. _____

Case Title _____

Exhibit No. _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

π PLAINTIFF

**United States District Court**
**Northern District of California**

Case No. _____

Case Title _____

Exhibit No. _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

◄ DEFENDANT

**United States District Court**
**Northern District of California**

Case No. _____

Case Title _____

Exhibit No. _____

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

Counsel shall meet and confer pursuant to Civ. L.R. 30-3(b) and assign blocks of numbers to the exhibits (i.e. Plaintiff 1 - 199; Defendant 200 - 400).
Exhibit Markers should be placed on the lower right-hand corner of the exhibits. Exhibits should be contained within a binder with each exhibit separated by a tabbed page denoting the exhibit number.

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No. _____     Date _____

_____ vs. _____

# EXHIBIT LIST

☐ Plaintiff          ☐ Defendant

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked for Identification | Admitted in Evidence |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |