**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ROBERT DOUGLAS HAZEN,

        Defendant.

_____/

No. CR 05-0197 CW  (JL)

NOTICE OF SETTLEMENT
CONFERENCE AND SETTLEMENT
CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before Magistrate Judge James Larson.  The Settlement Conference shall take place on **Tuesday, September 12, 2006 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

Counsel who will try the case or other counsel responsible for the litigation shall appear at the Settlement Conference with the parties if possible.  Any party who is not a natural person shall be represented by an individual not directly involved in the events which give rise to the litigation but with full authority to negotiate a settlement.

SETTLEMENT CONFERENCE NOTICE           1

**United States District Court**

For the Northern District of California

1  **Counsel shall provide directly to the magistrate judge Monday, September 11,**

2  **2006** *two copies* **of a Confidential Settlement Conference Statement which should**

3  **be lodged with chambers and should not be filed with the Clerk of the Court or**

4  **served upon other parties.**

5  The Confidential Settlement Conference Statement shall be as brief as possible and

6  should rarely exceed 10 pages.  It shall include the following:

7      1.    A statement of the facts of the case.

8      2.    A statement of the charges and defenses including.

9      3.    A summary of the proceedings to date.

10      4.    The party's position on settlement, including a history of past settlement

11  discussions as well as present demands and offers.

12  **Any request to continue the settlement conference shall be submitted in**

13  **writing after consultation with the opposing party.  Submission by facsimile is**

14  **acceptable at facsimile number (415) 522-2140.**

15  The parties shall notify Magistrate Judge Larson's chambers immediately if this case

16  settles prior to the date set for settlement conference.

17

18  DATED: September 8, 2006

19

20                          JAMES LARSON
United States Magistrate Judge

21

22

23

24

25

26

27

28

SETTLEMENT CONFERENCE NOTICE     2