IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROBERT D. HAZEN,

    Defendant.
                                 /

No. CR 05-00197 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GUILTY PLEA

    The Court has reviewed Magistrate Judge James Larson's Report and Recommendation Re Entry of Plea of Guilty and adopts the Recommendation in every respect. Accordingly,

    IT IS ORDERED that a plea of guilty is hereby entered as to Count 2 of the Indictment charging Defendant Robert D. Hazen with willfully aiding and assisting in the preparation of a false federal income tax return in violation of 26 U.S.C. § 7206(2). Sentencing is set for January 8, 2007, at 2:30 p.m. The Defendant shall report to the U.S. Probation Office for preparation of a Presentence Report. The trial previously set for September 25, 2006, is vacated.

Dated: 9/25/06

                                                CLAUDIA WILKEN
                                                United States District Judge

cc: JL; probation