1 | HENRY G. WYKOWSKI (STATE BAR NO. 068255)
HENRY G. WYKOWSKI & ASSOCIATES

2 | 235 Montgomery Street, Suite 657
San Francisco, CA 94104

3 | Telephone:  (415) 788-4545
Facsimile:  (415) 788-4546

4

5 | Attorneys for Defendant
ROBERT DOUGLAS HAZEN

6

7

8

9

10

**FILED**

**NOV 9 – 2006**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,

12 | Plaintiff,

13 | v.

14 | ROBERT DOUGLAS HAZEN

15

16 | Defendant

No. CR-05-00197-CW

**[PROPOSED] ORDER GRANTING EX-
PARTE APPLICATION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE
TO TRAVEL TO ORLANDO, FLORIDA**

17 | WHEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the

18 | pre-trial travel restrictions imposed on Robert Douglas Hazen be modified to authorize travel to

19 | Orlando, Florida on November 17, 2006 and return on November 24, 2006.

20 | IT IS FURTHER ORDERED THAT Mr. Hazen provide Pretrial Services with a copy of

21 | his itinerary before leaving.

22

23 | IT IS SO ORDERED.

24

25 | DATE _11-9-06_                    _Wayne D. Brazil_

26 | Hon. WAYNE D. BRAZIL
United States District Court Magistrate Judge

27 | Northern District California

cc: WDB's Stats, Copy to parties via ECF, Pretrial

28 | Financial, Sherlock

---

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO TRAVEL TO
ORLANDO, FLORIDA                                                    *U.S. v. Robert Douglas Hazen.*  CR-05-00197-CW