# United States District Court
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
DEC - 8 2006
CLAUDIA WILKEN
U.S. DISTRICT JUDGE

FILED
DEC 1 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00197-01 CW
)
Robert D. Hazen )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __January 8, 2007__ be continued until __February 5, 2007__ at __2:30 p.m.__ ✓

Date: 12/12/06

Claudia Wilken
United States District Judge